**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2084**

_____

CAVOUR NDAM,

          Plaintiff - Appellant,

    v.

DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, a/k/a Deutsche Lufthansa
Aktiengesellschaft Inc.,

          Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Patricia Tolliver Giles, District Judge.  (1:21-cv-01258-PTG-WEF)

_____

Submitted:  February 7, 2023                  Decided:  June 22, 2023

_____

Before GREGORY, Chief Circuit Judge, and WILKINSON and RUSHING, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Cavour Ndam, Appellant Pro Se.  Jonathan Michael Stern, SCHNADER, HARRISON,
SEGAL & LEWIS LLP, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cavour Ndam appeals the district court's order dismissing his civil complaint based on its finding that Ndam committed fraud on the court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ndam v. Deutsche Lufthansa Aktiengesellschaft*, No. 1:21-cv-01258-PTG-WEF (E.D. Va. Sept. 15, 2022). We deny Ndam's motion to supplement the record on appeal by uploading digital audio recordings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
